ROLAND MORASSE et al., Plaintiffs, *v.* GLADITON REALTY CORP., Defendant.

City Court of the City of New York, Special Term, New York County, April 2, 1946.

*George Joseph Hart* for plaintiffs.

*Bijur & Herts* for defendant.

RIVERS, J. Motion is denied without prejudice to an application by the persons referred to in the notice of motion for leave to come in as additional parties plaintiff. It seems to

me that an action under the Fair Labor Standards Act of 1938 (U. S. Code, tit. 29, § 201 *et seq.*) is not truly a representative action in the sense that any one plaintiff truly represents a class. Accordingly any employees desiring to intervene in the action should apply for leave to do so and each employee should state separately in a separate count his alleged cause of action (cf. *Simmons* v. *Rudolph Knitting Mills,* 264 App. Div. 871; *Pentland* v. *Dravo Corporation,* 152 F. 2d 851).